JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>JOHN RICHARD VARNER,<br><br>Defendant/Petitioner. | Case Nos. EDCV 14-00660-VAP<br>          EDCR 07-00028-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED.  Petitioner's request for a certificate of appealability is also DENIED.  The Court orders that such judgment be entered.

Dated: April 21, 2016

                                     VIRGINIA A. PHILLIPS
                                 United States District Judge